UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division


FILED
NOV 14 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ROSARIO FIORANI,
    Plaintiff,

v.                                    Case No. 4:08cv109

1ST ADVANTAGE FEDERAL CREDIT UNION, et al.,
    Defendants.

## ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915,

**IT IS ORDERED** that the application is

☒ GRANTED, and the Clerk is DIRECTED to FILE the complaint.
    *and*
    ☐ IT IS FURTHER ORDERED that the Clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All cost of service shall be advanced by the United States.
    *or*
    ☒ IT IS FURTHER ORDERED that the Clerk is to prepare Notice of Lawsuit and Waiver of Service forms. A copy of the complaint, the Notice of Lawsuit, and two copies of the Waiver of Service forms are to be sent to the defendant(s) at the address(es) provided by the plaintiff. If the defendant(s) fail(s) to waive service, the Clerk is ORDERED to issue summons and the United States Marshal shall serve the defendant(s) as outlined above.

**OR**

☐ DENIED, and IT IS FURTHER ORDERED that the filing fee shall be paid within thirty (30) days of this order or this matter will be dismissed without prejudice to refile/resubmit this case.

DENIED for the following reasons:_____

_____

ENTERED this _13th_ day of _November_, 2008.

/s/
Raymond A. Jackson
United States District Judge

United States District Judge