FILED: June 5, 2009

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 09-1214
(4:08-cv-00109-RAJ-TEM)

_____

ROSARIO A. FIORANI, JR.,

       Plaintiff - Appellant

v.

1ST ADVANTAGE FEDERAL CREDIT UNION; ELIZABETH GAVIN,

       Defendants - Appellees

 and

MELANIE DOE; REPO TRANS NET TOWING; KATHY DOE,

       Defendants

_____

J U D G M E N T
_____

In accordance with the decision of this Court, the judgment of the District Court is affirmed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK