FILED: August 10, 2009

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 09-1214

(4:08-cv-00109-RAJ-TEM)

_____

ROSARIO A. FIORANI, JR.,

Plaintiff - Appellant

v.

1ST ADVANTAGE FEDERAL CREDIT UNION; ELIZABETH GAVIN,

Defendants - Appellees

 and

MELANIE DOE; REPO TRANS NET TOWING; KATHY DOE,

Defendants

_____

M A N D A T E
_____

The judgment of this Court, entered June 5, 2009, takes
effect today.

This constitutes the formal mandate of this Court issued
pursuant to Rule 41(a) of the Federal Rules of Appellate
Procedure.

*/s/Patricia S. Connor, Clerk*